# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACK HOWARD POSTER,<br><br>    Defendant. | Case No. 2:88-cr-00103-LDG<br><br>**ORDER** |

      The defendant, Jack Poster, has filed a document he captions as "Motion for Reduction of Sentence by a Person not in Federal Custody from One Count Felony Filing a False Tax Return to One Count Misdemeanor Filing a False Tax Return" (#158).  As suggested by the caption, the defendant is not seeking a reduction of his sentence, but a reduction of his felony conviction to a misdemeanor conviction.

      As the defendant correctly concedes in his reply, this Court lacks authority to reduce a felony conviction to a misdemeanor conviction.  Accordingly, for good cause shown,

1  THE COURT **ORDERS** that Defendant's Motion for Reduction of Sentence by a
2  Person not in Federal Custody from One Count Felony Filing a False Tax Return to One
3  Count Misdemeanor Filing a False Tax Return" (#158) is DENIED.
4  DATED this _____ day of February, 2013.

_____
Lloyd D. George
United States District Judge