# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK HOWARD POSTER,

    Defendant.

Case No. 2:88-cr-00103-LDG

**ORDER**

    The defendant, Jack Poster, has filed a document he captions as "Motion for Reduction of Sentence by a Person not in Federal Custody from One Count Felony Filing a False Tax Return to One Count Misdemeanor Filing a False Tax Return" (#162). Contrary to the defendant's assertions that he has not previously presented the grounds asserted in the present document, he previously filed and submitted a nearly identical document (see ECF No. 158)[1] to the Court. The Court denied that prior motion (see ECF No. 161). As with the prior document, the present document is entirely devoid of merit.

---

[1] The defendant has merely updated certain items related to the passage of time, such as indicating the length of his marriage.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's second Motion for Reduction of Sentence by a Person not in Federal Custody from One Count Felony Filing a False Tax Return to One Count Misdemeanor Filing a False Tax Return" (#162) is DENIED.

DATED this __18__ day of February, 2020.

_____
Lloyd D. George
United States District Judge